# 08CR 0102

| PROB 22 (Rev. 2/88) | **MAGISTRATE JUDGE NOLAN** <br> TRANSFER OF JURISDICTION <br> **JUDGE LEFKOW** | DOCKET NUMBER *(Tran. Court)* <br> 3:05cr58-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT <br> SD/MS | DIVISION <br> Jackson |
|---|---|---|
| Sharee N. Phillpotts | NAME OF SENTENCING JUDGE <br> Henry T. Wingate | |
| *[RECEIVED JAN 11 2008 U.S. PROBATION OFFICE CHICAGO, ILLINOIS]* | DATES OF PROBATION/ SUPERVISED RELEASE | FROM <br> 05/31/2007 | TO <br> 05/30/2010 |

| OFFENSE |
|---|
| Mail Fraud - 18 U.S.C. § 1341. |

*[RECEIVED DEC 19 2007 U.S. PROBATION JACKSON, MS]*

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN** DISTRICT OF **MISSISSIPPI**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **NORTHERN DISTRICT OF ILLINOIS** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Dec 17, 2007 *(Date)*      *[signature]* United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Northern** DISTRICT OF **Illinois**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**F I L E D**

FEB 0 4 2008 CM <br> MICHAEL W. DOBBINS <br> CLERK, U.S. DISTRICT COURT

FEB - 1 2008 *(Effective Date)*      *[signature]* United States District Judge